U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

OCT 0 5 2011

TONY R. MOORE, CLERK
BY _____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 11-07-01 |
| VERSUS | JUDGE HAIK |
| KERMIT ESCUDIER, III | MAGISTRATE JUDGE HANNA |

## JUDGMENT

The plea hearing in this matter was referred to United States Magistrate Judge Hanna on September 16, 2011. After a review of the plea transcript, and noting the absence of any objections, this Court accepts the plea and enters judgment as follows:

It is **ORDERED, ADJUDGED, and DECREED** that the defendant is guilty to Count 1 of the Indictment, charging him with Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B).

THUS DONE AND SIGNED this the ___ day of October, 2011.

JUDGE RICHARD T. HAIK, SR.
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA